**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| IN THE INTEREST OF: Z.N.N., A MINOR | : | No. 222 EAL 2017 |
|---|---|---|
| | : | |
| | : | |
| PETITION OF: C.B.N., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.